# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1800
LT Case No. 2019-CA-1172

_____

ALAN G. WILLIAMS, Individually,
and ALAN G. WILLIAMS as
Personal Representative of the
Estate of Carl E. Williams,

     Appellants,

     v.

PACE ISLAND OWNERS
ASSOCIATION, INC., a FLORIDA
CORPORATION,

     Appellee.

_____


Nonfinal appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Dylan Bailey Howard, of Clark Partington, Tallahassee, and
Bruce D. Partington, of Clark Partington, Pensacola, and Bradley
Graham Bodiford, of Terrell Hogan Yegelwel, P.A., Jacksonville,
for Appellants.

Leonard T. Hackett, of Vernis & Bowling of North Florida, P.A.,
Jacksonville, for Appellee.

April 28, 2026


PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————